UNIVERSITY OF ILLINOIS, No. 608—

*Opinion submitted March 14, 1934.*

BY THE COURT.

Because the business of the University of Illinois is not the business of maintaining and operating buildings, it seems that the janitor service performed at the University buildings is not within the Workmen's Compensation Act. The case of *Therien* vs. *Industrial Commission*, 351 Ill. 166, seems directly in point upon the facts submitted. No award is recommended.